United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 15, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-70041

MICHAEL WAYNE HALL,

Petitioner-Appellant

versus

NATHANIEL QUARTERMAN, DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee

Appeal from the United States District Court
For the Northern District of Texas, Fort Worth
(06-CV-436)

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

BY THE COURT:

We grant a certificate of appealability on Michael Wayne Hall's *Atkins* claim.[1] The case will be scheduled for oral argument before this panel.

We are not presently persuaded to grant and we defer decision upon the application for a certificate of appealability on Hall's *Ring*[2] and *Penry*[3] claims until after oral argument. The Court does

---

[1] *Atkins v. Virginia*, 506 U.S. 314 (2002); *Hall v. Texas*, 537 U.S. 802 (2002).

[2] *Ring v. Arizona*, 536 U.S. 584 (2002).

[3] *Penry v. Johnson*, 532 U.S. 782 (2001).

not request but the parties may supplement the *Ring* and *Penry* claims and offer argument, if they wish to do so.

So ORDERED.